**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**

---

Deborah White,

Plaintiff,

v.

American Accounts & Advisers, Inc.
and Al Farmer, a/k/a Al Franklin,

Defendants.

Court File No. ~~00~~ 01-CV-0111 JRT/SRN

**STIPULATION FOR DISMISSAL AND ORDER**

---

Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and agree that this action may be, and it hereby is, dismissed with prejudice and on the merits, and without an award of costs or disbursements to either party.

Dated: May 7, 2001

**BRUTLAG, HARTMANN & OKONESKI, P.A.**

By: ______________________

Michael L. Brutlag (123225)
Attorneys for Defendants
1100 Pillsbury Center, 200 South 6th Street
Minneapolis, MN 55402-1400
Telephone: (612) 630-3203

Dated: May 15, 2001

**THE BARRY LAW OFFICE, LTD.**

By: ______________________

Peter F. Barry (266577)
Attorney for Plaintiff
1560 Beam Avenue, Suite A
St. Paul, MN 55109
Telephone: (651) 714-8800

1790-15.S46

FILED MAY 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

Based upon the foregoing Stipulation of counsel, IT IS HEREBY ORDERED that the claims and defenses in the above-captioned action are hereby dismissed with prejudice, and without an award of costs or disbursements to any party.

Dated: May 21, 2001

**BY THE COURT**:

John R. Tunheim
United States District Court Judge